```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| HOLIDAY VILLAGE EAST HOME OWNERS ASSOCIATION, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>QBE INS CORP., QBE INS. GROUP, LTD., and COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC.,<br><br>       Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 11-5765 (JEI/JS)<br><br>**ORDER DISMISSING AS MOOT DEFENDANTS' MOTION TO DISMISS THE COMPLAINT (Dkt. No. 6) AND GRANTING DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT (Dkt. No. 10)** |

**APPEARANCES:**

HEINE ASSOCIATES, P.A.
By:  I. Michael Heine, Esq.
1008-F Astoria Blvd.
Cherry Hill, NJ 08003
     Counsel for Plaintiff

LESTER SCHWAB KATZ & DWYER, LLP
By:  Aaron Brouk, Esq.
24 Lackawanna Plaza
Millburn, NJ 07041
     Counsel for Defendants

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon Defendants' Motion to Dismiss the Complaint (Dkt. No. 6) and Defendants' Motion to Dismiss the Amended Complaint (Dkt. No. 10), and the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

1

**IT IS** on this  19 th day of December, 2011,

**ORDERED THAT:**

1. Defendants' Motion to Dismiss the Complaint (Dkt. No. 6) is hereby **DISMISSED AS MOOT.**

2. Defendants' Motion to Dismiss the Amended Complaint (Dkt. No. 10) is hereby **GRANTED.**

        s/Joseph E. Irenas
        **JOSEPH E. IRENAS, S.U.S.D.J.**